UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA AYRES, et al., | Case No.  21-cv-08523-LB |
| Plaintiffs, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| METLIFE, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Saundra Brown Armstrong for consideration of whether the case is related to *Metropolitan Life Ins. v. Ayres*, No. 99-cv-04323-SBA.

**IT IS SO ORDERED.**

Dated: November 22, 2021

_____
LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California